IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ESTHER GONZALEZ RIVERA

CASE NO. 09-03819 SEK

Chapter 7

XXX-XX-3803

FILED & ENTERED ON 11/18/2010

Debtor(s)

ORDER

Motion resigning to legal representation and request for 30 days extension regarding any pending matter filed on 11/17/10 (Docket No. 20) is hereby GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this November 18, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
ROBERTO FIGUEROA CARRASQUILLO
WILFREDO SEGARRA MIRANDA
CREDITOR